P.O. Box 48458
Oak Park, MI 48237

ADDRESS SERVICE REQUESTED

# Encore Receivable Management, Inc.

A CONVERGYS COMPANY

400 N Rogers Rd * PO Box 3330 * Olathe KS 66063-3330
Telephone: 866-247-1087

November 04 2016

CONV0400 NY
102069108504722

ANTHONY HEATON
25 LAMBERT AVE
MASTIC NY   11950-2125

**Creditor:** Synchrony Bank
Re: P C RICHARD & SON
For Account Ending in: XXXXXXXXXXXX2210
Encore Account #: 0846
Total Account Balance: $4,792.00
Total Amount Due: $602.00

Dear ANTHONY HEATON:

The above referenced account has been referred to our office for collection. Previous attempts have been made by the creditor to obtain payment of this debt. As of this date, those attempts have not been successful.

Note: As of the date of this letter, your Total Account Balance is $4,792.00 of which $602.00 represents the Total Amount Due. Your Total Account Balance and Total Amount Due on the day you pay may be greater than the amounts listed above as a result of finance charges, late fees or other fees imposed on your account from day to day as outlined in the terms of your account and your account agreement. For further information, call or write us.

Please detach the lower portion of this notice and return with your payment in the enclosed envelope or call us at the above number if you would like to make a payment using a check by telephone. You can also log on and pay at www.mysynchrony.com.

Note: If payment has already been made, please notify this office at 866-247-1087 or by writing to Encore at the address listed below.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

Debt collectors, in accordance with the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., are prohibited from engaging in abusive, deceptive, and unfair debt collection efforts, including but not limited to:

   (i)    the use or threat of violence;
   (ii)   the use of obscene or profane language; and
   (iii)  repeated phone calls made with the intent to annoy, abuse, or harass.

If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt:

1. Supplemental security income, (SSI);
2. Social security;
3. Public assistance (welfare);
4. Spousal support, maintenance (alimony) or child support;
5. Unemployment benefits;
6. Disability benefits;
7. Workers' compensation benefits;
8. Public or private pensions;
9. Veterans' benefits;
10. Federal student loans, federal student grants, and federal work study funds; and
11. Ninety percent of your wages or salary earned in the last sixty days.

ENCORE RECEIVABLE MANAGEMENT, INC. ● 400 N Rogers Rd. ● PO Box 3330 ● Olathe KS 66063-3330 ● 866-247-1087

*** Detach Lower Portion and Return With Payment ***

**Creditor:** Synchrony Bank
Re: P C RICHARD & SON
For Account Ending in: XXXXXXXXXXXX2210
Encore Account #: 0846
Total Account Balance: $4,792.00
Total Amount Due: $602.00

CONV0400 NY

P C RICHARD & SON
P.O. Box 960061
Orlando FL 32896-0061

ANTHONY HEATON
25 LAMBERT AVE
MASTIC NY   11950-2125

CONV134 02202015 (QESP)40:T005:000195:001:1000:16309:CL58:CONV134:01: